

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
## AND AN ARREST WARRANT

Your Affiant, Victoria B. Backes, being first duly sworn, states the following:

1. Your affiant has been employed as a Special Agent of the FBI since October 19, 2003, and is currently assigned to the Baltimore Division. I am currently investigating federal violations concerning domestic terrorism. From April 2003 to August 2008 I was assigned to investigate crimes involving child exploitation on the Internet. During my tenure with the FBI I have assisted in executing more than sixty search warrants. I have gained experience as a criminal investigator through training in seminars, classes and daily work related to conducting criminal investigations. My training includes more than 380 hours covering a variety of topics to include the collection and review of digital evidence.

2. As a federal agent, your affiant is authorized to investigate violations of laws of the United States and is a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. This affidavit is made in support of a criminal complaint and arrest warrant against **COLLIN MCKENZIE-GUDE ("MCKENZIE-GUDE ")**.

## FACTS AND CIRCUMSTANCES

4. The statements in this affidavit are based in part on information provided by local law enforcement and Special Agents of the FBI, and on my experience and background as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of supporting the criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **MCKENZIE-GUDE** has violated Title 26, United States Code, Section 5861 (Possession of an Unregistered Firearm) and Title 18, United States Code, Section 1028(a)(1) (Production of a False Identification Document that appears to be issued by the United States).

## STATUTORY AUTHORITY

5. Title 26, United States Code, Section 5861 provides that it is unlawful for any person to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Records. Title 18 United States Code, Section 5845(a)(8) defines a firearm to include, among other things, a destructive device. Section 5845(f) further defines a destructive device as "(1) any explosive, incendiary or poison gas . . . (3) any combination of parts either designed or intended for use in converting any device into a destructive device as defined in subparagraph (1) . . . and from which a destructive device may be readily assembled."

6. Title 18, United States Code, Section 1028 (a)(1) states that whoever "knowingly and without lawful authority produces a false identification document" and the "false identification

document is or appears to be issued by or under the authority of the United States" [shall be guilty of a crime]. Section 1028(d)(4) defines a false identification document as "a document of a type intended or commonly accepted for the purpose of identification of individuals that -- (A) is not issued by or under the authority of a governmental entity and (B) appears to be issued by or under the authority of the United States Government . . ."

### PROBABLE CAUSE

7.      On July 29, 2008, Montgomery County Circuit Court Judge John R. Debelius III authorized law enforcement officials to conduct a search of 6312 Rockhurst Road, Bethesda, Maryland ("target residence"). As a result of that search warrant, local enforcement officers seized the following items and materials from a bedroom in the home identified as the bedroom of **MCKENZIE-GUDE**:

- AR-15 rifle
- AK-47 rifle
- AK-74 rifle
- Two shotguns
- One 9mm handgun
- copper wire
- timers
- electrical switches
- sodium nitrate
- nitric acid
- hydrochloric acid
- sulfuric acid
- duct tape
- yellow liquid (possibly nitromethane)
- smoke grenades
- constructive components
- percussion device
- methyl ethyl ketone
- peroxides
- thermite mix
- sodium nitrite
- PVC pipes fittings and caps
- acetone
- aluminum powder
- nitromethane
- homemade cap well for blasting caps
- ammonium nitrate granular powder
- spools of wire
- PVC tubing

2

- batteries
- tools and superglue
- diagram of explosive device

Also recovered were a Central Intelligence Agency (CIA) identification access badge, a United States Government Geneva Conventions Identification Card, known as a Common Access Card (CAC), several documents to include instructional pages relating to explosives, documents that were marked as "Classified: Top Secret", and an external digital media device, commonly referred to as a thumb drive.

8. At the time the search warrant was executed **MCKENZIE-GUDE'S** parents, Debra McKenzie and Joseph Gude, identified a room within the residence as **MCKENZIE-GUDE'S** bedroom to local law enforcement officers. This is the same room from which the previously listed items were seized.

9. In early August, 2008, several of the items seized were provided to FBI Baltimore for further examination. Upon receipt by FBI Baltimore components which may be used to create a destructive device were submitted to the FBI Laboratory for examination. The thumb drive was submitted to be examined by the Baltimore FBI Computer Analysis Response Team (CART).

10. On August 7 and 8, 2008, a cooperating witness, hereafter referred to as CW1, was interviewed regarding the gun possession, bomb making and criminal plans of **MCKENZIE-GUDE**. CW1 stated that CW1, **MCKENZIE-GUDE** and another individual often shot weapons together and made explosive devices, specifically pipe bombs. Over the past three years, CW1 and **MCKENZIE-GUDE** made approximately 15 to 25 pipe bombs and detonated them. CW1 also indicated that **MCKENZIE-GUDE** was knowledgeable about how to make other explosive devices, such as Improvised Explosive Devices (IED's), shape charges, and Explosively Formed Projectiles (EFP's). Shape charges are used to explosively "cut" through a hard object, such as steel. A shaped charge is an explosive charge shaped to focus the effect of the explosive's energy. Various types are used to cut and form metal, initiate nuclear weapons, and penetrate armor. An EFP is a type of petard also known as an explosively formed projectile, a self-forging warhead, or a self-forging fragment, typically made of copper, and it is a special type of shaped charge designed to penetrate armor effectively at stand-off distances. CW1 also provided that CW1 was aware **MCKENZIE-GUDE** made two fake United States Government identification cards.

11. A preliminary report received from the FBI Lab states the items that were seized from **MCKENZIE-GUDE'S** bedroom may readily be assembled into an improvised explosive device, also known as a homemade bomb or a destructive device. Additionally, one of the items submitted for examination was an improvised grenade. It is the opinion of the examiner that this modified grenade was designed to produce an explosion when initiated.

12. Your affiant reviewed material provided by the FBI Baltimore CART examiner as

a result of the exam conducted on the thumb drive that was seized from **MCKENZIE-GUDE'S** bedroom. Your affiant located several files of interest to include image files and the associated Microsoft Publisher 3.0 files. Among the image files of interest is a picture of **MCKENZIE-GUDE** similar to the one appearing on both identification cards, agency seals, bar codes, an American flag, and background images used in the production of the cards. Located within the Microsoft Publisher files are images of the front and back of a CIA identification card and CAC that appear to be exact matches to those seized from the bedroom of **MCKENZIE-GUDE**.

13. Through the course of this investigation your affiant has confirmed that **MCKENZIE-GUDE** is not an employee of the CIA or any agency or contract company that would authorize him to have either identification card.

14. I have been advised by a Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent that ATF National Firearms Act (NFA) Branch queried its database regarding the registration of destructive devices by **COLLIN MCKENZIE-GUDE**. The NFA query revealed no record's listed for **COLLIN MCKENZIE-GUDE**.

## CONCLUSION

15. Based on the aforementioned factual information, your affiant respectfully submits there is probable cause to believe that **COLLIN MCKENZIE-GUDE** did possess a firearm, that is material that may readily be assembled into an improvised explosive device, which is not registered to him in the National Firearms Registration and Transfer Records, in violation of Title 26, United States Code, Section 5861, and, did knowingly and without lawful authority produce a false identification document, in violation of Title 18, United States Code, Section 1028(a)(1). Accordingly, your affiant respectfully asks that a warrant be issued authorizing the arrest of **COLLIN MCKENZIE-GUDE** pursuant to the criminal complaint filed herewith.

*Backes*

Victoria B. Backes
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me
this 9th day of Oct 2008

*Jillyn K. Schulze*
JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE