# UNITED STATES OF AMERICA

vs.

## COLLIN McKENZIE-GUDE

Criminal No. PJM-08-0158                    DEFENDANT'S Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| *1* | *7/27/2009* | *7/27/2009* | *Search Warrant as to defendant's residence* |
| *2* | *7/27/2009* | *7/27/2009* | *Affidavit for search warrant* |
| *3* | *7/27/2009* | *7/27/2009* | *List of Faculty St. John's High School* |
| **4** | | | |
| *5* | *7/27/2009* | *7/27/2009* | *Police Report* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

U.S. District Court (Rev. 3/1999) - Exhibit List