# UNITED STATES OF AMERICA

vs.

## COLLIN McKENZI-GUDE

Criminal No. PJM-08-0158

**GOVERNMENT'S Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| *1* | *7/27/2009* | *7/27/2009* | *Letter from Miss Ludmila S. Yevsukov dated 7/27/2009* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

U.S. District Court (Rev. 3/1999) - Exhibit List