### ATTACHMENT A: FACTUAL STIPULATION – COLLIN McKENZIE-GUDE

The parties hereby stipulate and agree that if this matter had gone to trial the government would have proven the following facts through competent evidence beyond a reasonable doubt. The parties also stipulate and agree that the following facts do not encompass all of the evidence which would have been presented had this matter gone to trial, but that these facts are sufficient to establish the elements of the crime of possession of an unregistered firearm, namely a destructive device, in violation of 26 U.S.C. § 5861, beyond a reasonable doubt.

On July 29, 2008, law enforcement officers and agents executed a search warrant at 6312 Rockhurst Road, Bethesda, Maryland, a single-family home where defendant **COLLIN MCKENZIE-GUDE** lived with his parents. The following items, among others, were seized from the defendant's bedroom:

* three high-powered rifles, two shotguns and one 9 mm handgun in a locked gun cabinet and unloaded;
* two smoke grenades, a modified flash bang grenade, copper wire, timers, modified light switch with the words "fire" and "safe" written on it, clothespin switches, loop switches, model rocket igniters, and batteries;
* chemicals including sodium nitrate, muriatic acid, hydrochloric acid, sulfuric acid, methyl ethyl ketone, hydrogen peroxide, thermite mix, potassium nitrate, acetone, aluminum powder, nitromethane and ammonium nitrate granular powder; and
* printed instructions for the construction of an improvised rifle silencer, linear shaped charge, cylindrical cavity shaped charge, plastic explosive filler, urea nitrate explosive, copper chlorate explosive, sodium chlorate and sugar explosive and for an electric bulb initiator.

Also recovered from that bedroom was a fake or simulated Central Intelligence Agency (CIA) identification access badge, a fake or simulated United States Government Geneva Conventions Identification Card, known as a Common Access Card (CAC) and an external digital media device, commonly referred to as a thumb drive. Both identification cards contained the photographic likeness of **MCKENZIE-GUDE** and the CAC card contained the name of an individual with initials M.K.L. Contained on the thumb drive's image files was a picture of **MCKENZIE-GUDE** similar to the one appearing on both identification cards, agency seals, bar codes, an American flag, and background images used in the production of the cards. Located within the Microsoft Publisher files are images of the front and back of a CIA identification card and CAC that appear to be exact matches to those seized from the bedroom of **MCKENZIE-GUDE**. I addition, the thumb drive contained the same instruction documents that were recovered from **MCKENZIE-GUDE**'s bedroom.

**MCKENZIE-GUDE** was knowledgeable about how to make other explosive devices, such as Improvised Explosive Devices (IED's) and shape charges. During the two years prior to the execution of the search warrant, **MCKENZIE-GUDE** and another individual shot weapons together. In addition, **MCKENZIE-GUDE** was present at another individual's home, 21505 Goshen Edge Court, Gaithersburg, Maryland, when approximately 5 pipe bombs were detonated.        Post-

blast evidence consisting of PVC pipes, steel pipes, pipe nipples, steel end caps, electrical wires, copper fragments and model rocket igniter remnants were recovered from 21505 Goshen Edge Court in June 2008. Some of the pipes were heavily burned, melted or distorted and some of the electrical wire was covered with dirt and mud. A latent fingerprint of **MCKENZIE-GUDE**'s was recovered from the adhesive side of a piece of tape that was attached to some wires and a battery.

According to two qualified expert examiners from the FBI's Explosives Unit, the submitted specimens recovered from the defendant's bedroom (pipe, model rocket igniters, batteries, switches, timers and chemicals) contained components which may be readily assembled into an IED, also know as homemade bomb or a destructive device. Another of the items was an improvised, non-lethal grenade, specifically a flash-bang grenade, which is designed to distract or disorient when detonated. One of the examiner's expert opinion is that "loop switches have been used in the construction of IED's and have no discernable legitimate purpose or use in conventional electronic or electrical applications."

With respect to **MCKENZIE-GUDE**'s knowledge about how to make shape charges and EFP's, a shaped charge is an explosive charge shaped to focus the effect of the explosive's energy. Shaped charges are used to explosively "cut" through a hard object, such as steel. Various types are used to cut and form metal and penetrate armor. An EFP is a type of petard also known as an explosively formed projectile, a self-forging warhead, or a self-forging fragment, typically made of copper, and it is a special type of shaped charge designed to penetrate armor effectively at stand-off distances.

Finally, the National Firearms Act database was queried regarding the registration of destructive devices by **COLLIN MCKENZIE-GUDE** and that query revealed no record's listed for **COLLIN MCKENZIE-GUDE**.

Agreed this  21  day of September 2009

*[signature]*
Collin McKenzie-Gude

*The parties do **not** stipulate and agree to the following facts, which the government represents would have proven the following facts through competent evidence beyond a reasonable doubt if this matter had gone to trial.*

If this matter had gone to trial, the government would have proven that in addition to being knowledgeable about how to make IED's and shaped charges, that based upon evidence recovered from his bedroom and his cellular phone, **MCKENZIE-GUDE** was also researching Explosively Formed Projectiles (EFP's), booby trap type devices and high explosive chemical compounds. The government would have also proven, through expert testimony, that recovered from **MCKENZIE-GUDE'S** bedroom were several types of improvised blasting caps that can be used to detonate high explosives and that some of the chemicals found in **MCKENZIE-GUDE'S** bedroom could be

readily made into several high explosive compounds including TATP (Triacetone Triperoxide), MEKP (Methyl Ethyl Ketone Peroxide) and ANFO (Ammonium Nitrate Fuel Oil).

Finally, the government would have also proven that **MCKENZIE-GUDE** made and detonated or assisted others with making and detonating, between 15 and 25 pipe bombs at 21505 Goshen's Edge Court, Gaithersburg, Maryland between 2007 and June 2008. In conjunction with the stipulated evidence described above, these facts would conservatively establish that **MCKENZIE-GUDE** possessed, jointly or individually, between 8 and 24 firearms.